Kimberlee A. Colbo
HUGHES GORSKI SEEDORF
ODSEN & TERVOOREN, LLC
3900 C Street, Suite 1001
Anchorage, Alaska 99503
Telephone: (907) 274-7522
Facsimile: (907) 263-8320
Email: kcolbo@hglawfirm.net

Attorneys for Defendant State Farm Mutual
   Automobile Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SARAH L. RISCH, GINGER D. RISCH and BRADLEY M. RISCH,<br><br>        Plaintiffs,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, an Illinois corporation,<br><br>        Defendant. | Case No. 3:15-cv-00262-HRH |

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

      IT IS NOW HEREBY STIPULATED and agreed by and between Plaintiffs, **SARAH L. RISCH, GINGER D. RISCH and BRADLEY M. RISCH**, and Defendant **STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY**,

through their respective counsel of record, that all claims in the above-entitled action be dismissed with prejudice and without costs or attorney's fees to any of the parties, for the reason that the issues presented have been fully resolved.

LAW OFFICE OF BENJAMIN I.
WHIPPLE, Attorney for Plaintiffs

May 4, 2017                By: _____
    Date                        Benjamin I. Whipple
                                ABA No. 9311096
                                1150 S. Colony Way
                                Palmer, AK 99645
                                Telephone No: (907) 745-1776
                                Facsimile No: (907) 745-1775
                                Email: bwhipple@mtaonline.net

HUGHES GORSKI SEEDORF
ODSEN & TERVOOREN, LLC,
Attorneys for Defendant

May 10, 2017               By: _____
    Date                        Kimberlee A. Colbo
                                ABA No. 9211072

I hereby certify that a true and correct copy
of the foregoing was served via the court's
ECF System on the 10th day of May, 2017 on:

Benjamin I. Whipple - bwhipple@mtaonline.net


    s/Kimberlee A. Colbo
_____