IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

SARAH L. RISCH, et al.,

    Plaintiffs,

vs.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,

    Defendant.

No. 3:15-cv-0262-HRH

O R D E R

Case Dismissed

Pursuant to the parties' *Stipulation for Dismissal with Prejudice*,[1] filed May 10, 2017, this action is dismissed with prejudice, the parties to bear their respective costs and attorney fees.

DATED at Anchorage, Alaska, this  11th  day of May, 2017.

/s/ H. Russel Holland
United States District Judge

---

[1] Docket No. 27.

Order – Case Dismissed - 1 -